## FARNSWORTH v SONDELS et

Ohio Appeals, 9th Dist, Summit Co
No 1718. Decided May 27, 1930

Walter R. East, Akron, for Farnsworth.
S. A. Decker, Barberton, for Sondels, et.

**PER CURIAM**

After a careful consideration we have reached the conclusion that the circumstances are not such as to estop the defendant from discontinuing the arrangement made for a joint driveway and using the part thereof which is upon his property for the purpose of constructing a separate driveway and using all of his lot the same as if no joint driveway had existed.

Plaintiff's petition is therefore dismissed, at her costs.

Funk, PJ, Pardee, J, and Washburn, J, concur.